Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND ROSS,<br><br>    Petitioner,<br><br>vs.<br><br>STATE OF CALIFORNIA, ET AL.,<br>BOARD OF PRISON TERMS,<br><br>    Respondents. | ) Case No. CV 08-2247-PA(RC)<br>)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>) |

Pursuant to the Opinion and and Order on a Petition for Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

DATE: April 17, 2008

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

R&Rs-MDOs\08-2247.jud
4/14/08